**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**ROGER DALE FLOYD**                                                                 **PLAINTIFF**

**V.**                                                                         **NO. 1:20-CV-107-DMB-DAS**

**ANDREW M. SAUL,
Acting Commissioner of Social Security**                               **DEFENDANT**

**ORDER**

On May 27, 2021, United States Magistrate Judge David A. Sanders issued a Report and Recommendation ("R&R") in this appeal from an unfavorable decision of the Commissioner of Social Security. Doc. #23. The R&R recommends that the decision be reversed and remanded as unsupported by substantial evidence. *Id*. at 9. No objections to the R&R were filed.

"With respect to those portions of the report and recommendation to which no objections were raised, the Court need only satisfy itself that there is no plain error on the face of the record." *Gauthier v. Union Pac. R.R. Co.*, 644 F. Supp. 2d 824, 828 (E.D. Tex. 2009) (citing *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996)). The Court has reviewed the R&R and finds no plain error on the face of the record. Accordingly, the R&R [23] is **ADOPTED** as the order of the Court. The Commissioner's decision is **REVERSED** and this case is **REMANDED** for further consideration.

**SO ORDERED**, this 14th day of June, 2021.

                                                                           /s/Debra M. Brown
                                                                           **UNITED STATES DISTRICT JUDGE**